UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADRIAN ION NEACSU(#120912)

VERSUS

CIVIL ACTION

SHERIFF OF EAST BARON ROUGE
PARISH PRISON, ET AL.

NUMBER 06-328-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the petitioner's application for habeas corpus relief shall be DISMISSED, without prejudice to re-application, for failure to exhaust state court remedies pursuant to 28 U.S.C. §2254(b) and (c).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, May 8, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45175