UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ADRIAN ION NEACSU(#120912)

VERSUS

SHERIFF OF EAST BARON ROUGE
PARISH PRISON, ET AL.

CIVIL ACTION

NUMBER 06-328-FJP-DLD

J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered in favor of the defendants and against the plaintiff, dismissing the petitioner's application for habeas corpus relief, without prejudice to re-application, for failure to exhaust state court remedies pursuant to 28 U.S.C. §2254(b) and (c).

Baton Rouge, Louisiana, May 8, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45175